UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Phillips Recoveries, Inc.,<br><br>                    Plaintiff,<br>     v.<br><br>Ferguson Harbour Incorporated,<br><br>                    Defendant. | C/A No. 8:05-1942-GRA<br><br>ORDER<br>(Written Opinion) |

This matter comes before the Court pursuant to Defendant's Motion to Dismiss for Improper Venue or in the Alternative, to Transfer Venue that was filed on August 8, 2005. Counsel for Plaintiff and Defendant presented oral arguments before this Court on August 29, 2005. The Court denies Defendant's motion.

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss for Improper Venue or in the Alternative, to Transfer Venue is DENIED.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

August 31, 2005.

1